IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CV-664-BO

| | |
|---|---|
| DOUGLAS CARTER WEST, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| CAROLYN COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

For good cause shown, the plaintiff's motion to withdraw his EAJA petition and supporting documents is granted. The plaintiff's motion for attorney fees is DISMISSED WITHOUT PREJUDICE.

SO ORDERED.

This _10_ day of August, 2013.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE