UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action File Number: 5:11-CV-00664-BO

| | |
|---|---|
| DOUGLAS CARTER WEST,<br>Plaintiff<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of the Social<br>Security Administration,<br>Defendant. | **ORDER** |

For good cause shown, the Counsel for Plaintiff's Motion for Attorney's Fees Pursuant to 42 U.S.C.A. §406(b) is hereby granted. Plaintiff's Counsel is hereby awarded $20,953.65 in Attorney's Fees Pursuant to 42 U.S.C.A. §406(b).

SO ORDERED, this the 22 day of May, 2015.

*Terence Boyle*
The Honorable Terrence W. Boyle
United States District Court Judge
Eastern District of North Carolina